UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. SULLIVAN, ) | Case No. CV 07-2855-FMC (PJW) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING REPORT AND |
| v. ) | ADOPTING FINDINGS, CONCLUSIONS, |
| ) | AND RECOMMENDATIONS OF UNITED |
| G. TOLENTINO, et al., ) | STATES MAGISTRATE JUDGE |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objection have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:     June 23, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order.accept.R.&.R.wpd